# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 2, 2026

**<u>VIA ECF</u>**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Paul A. Engelmayer, U.S.D.J.
40 Foley Square, Courtroom 1305
New York, NY 10007-1312

> *Re:* **Grubbs v. Essen Medical Associates, P.C.,** *et ano.*
> **Case No.: 1:25-cv-10204 (PAE) (OTW)**
> **<u>Joint Letter</u>**

Dear Judge Engelmayer:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with the Defendants, pursuant to this Court's March 11, 2026 Order, to submit this joint letter in advance of the telephonic initial pretrial conference currently scheduled to proceed on Wednesday, April 8, 2026 at 3:00 PM.  <u>See</u> ECF Docket Entry <u>15</u>.  Consistent with the Order, enclosed, kindly find the parties' proposed Civil Case Management Plan and Scheduling Order annexed hereto as **Exhibit "A."**

> (1) A brief description of the case, including the factual and legal bases for the claim(s) <u>and defense(s), and the history of the case;</u>

Plaintiff:

This case was commenced by Plaintiff on December 9, 2025, for discrimination and retaliation pursuant to the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), the New York State Human Rights Law, New York Executive Law § 296 ("NYSHRL"), and the New York City Human Rights Law, New York City Administrative Code § 8-107 ("NYCHRL") on the grounds that she was treated differently in the terms and conditions of her employment on account of her race and was terminated following repeated complaints of discrimination in the workplace.

Prior to commencing this case, Plaintiff filed a charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC").  She received a notice of right to sue from the EEOC on September 10, 2025.

Defendants:

Defendants waived service on January 15, 2026.  <u>See</u> ECF Docket Entries <u>10</u>, <u>11</u>, and <u>12</u>. Defendants filed an answer to the complaint on March 10, 2026.  <u>See</u> ECF Docket Entry <u>13</u>. Defendants submit that Plaintiff was employed for a very short period of time and was terminated pursuant to a reduction in force with many other employees.   A review of the employees terminated pursuant to the RIF shows there was no such discrimination.

(2) <u>Any contemplated motions.</u>

Plaintiff may move for summary judgment once discovery is complete.  Defendants intend to move for summary judgment as well.

(3) <u>The prospect for settlement.</u>

An initial demand and an initial offer have been exchanged between the parties.  Further, the parties held an initial pre-mediation virtual meeting with the assigned mediator on Tuesday, March 31, 2026 and have scheduled mediation to proceed on May 18, 2026 and/or June 12, 2026, subject to confirmation by the parties' respective clients. Plaintiff has confirmed her availability on both dates.  Defendants are waiting for confirmation from their clients regarding availability.  The parties are further willing to conduct a settlement conference before the Hon. Ona T. Wang, U.S.M.J. failing mediation.

The parties thank this Court for its time and attention to this case.

Dated: Jamaica, New York
April 2, 2026                                 Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Leila Renee Grubbs*

<u>**VIA ECF**</u>
All counsel of record

2