UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

LEILA RENEE GRUBBS,

        Plaintiff,

      v.

ESSEN MEDICAL ASSOCIATES, P.C. d/b/a
ESSEN HEALTH CARE, ESSEN MEDICAL
URGICARE, PLLC, and DIEGO VALDEZ,

        Defendants.

Case No.: 1:25-cv-10204 (PAE) (OTW)

**MOTION FOR EXTENSION OF TIME**

Dear Judge Engelmayer:

This office represents the Plaintiff in the above-referenced case. Plaintiff timely writes with Defendants' consent pursuant to this Court's Order dated June 26, 2026 to apply to restore the action within thirty (30) days because the settlement agreement is not yet completed and executed. This is because Plaintiff received the settlement agreement from and is reviewing same. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated:      Jamaica, New York
            July 24, 2026

Respectfully submitted,

SAGE LEGAL LLC
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Leila Renee Grubbs*

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 28, 2026
New York, New York