**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

LEILA RENEE GRUBBS,

Plaintiff,

v.

ESSEN MEDICAL ASSOCIATES, P.C. d/b/a ESSEN HEALTH CARE, ESSEN MEDICAL URGICARE, PLLC, and DIEGO VALDEZ,

Defendants.

Case No.: 1:25-cv-10204 (PAE) (OTW)

**SECOND MOTION**
**FOR EXTENSION OF TIME**

Dear Judge Engelmayer:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes with Defendants' consent pursuant to this Court's Orders dated June 26, 2026 and July 28, 2026 to apply to restore the action within thirty (30) days because the settlement agreement has not yet been executed. The parties have finalized the terms thereof and are awaiting a Schedule to be annexed to the agreement, at which time the parties will sign. Accordingly, an extension of time of thirty (30) days is respectfully sought.

Dated: Jamaica, New York
August 28, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Leila Renee Grubbs*

**VIA ECF**
All counsel of record